THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Michael Constance, Appellant.
 
 
 
 

Appeal From Spartanburg County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-511
 Submitted October 1, 2009- Filed November
5, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III,
 of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Michael Constance appeals his guilty plea for shoplifting
 as a third property offense.  Constance argues the plea court erred in not
 considering information material to his punishment.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
HEARN, C.J., KONDUROS and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.